UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVE D. KRITSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00826-DKL-JMS |
| MICHAEL J. ASTRUE Commissioner of | ) |
| the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The court, having made its entry on September 4, 2013, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Steven D. Kritsch based on his application filed on June 24, 2008, is **AFFIRMED**.

**So ORDERED.**

Date: 09/04/2013

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov